*Exhibit D*

**V I R G I N I A:**

## IN THE CIRCUIT COURT OF LOUDOUN COUNTY

**TD BANK NATIONAL ASSOCIATION,**

       Plaintiff / Counterclaim Defendant,

v.

**CHAUVON MCFADDEN and
ALICIA MCFADDEN,**

       Defendants / Counterclaim Plaintiffs.

Civil Action No. CL24-3688

## ORDER

CAME THIS DAY Plaintiff / Counterclaim Defendant TD Bank, National Association, by Counsel, upon its Motion to Compel Arbitration ("Motion").

IT APPEARING to the Court, having reviewed the briefs submitted by all the parties, hearing on oral argument, and the applicable law, that granting the Motion is appropriate;

IT FURTHER APPEARING to the Court that the Retail Installment Sale Contract (the "Contract") between Defendants/Counterclaim Plaintiffs and TD Bank National Association, as assignee, contains language allowing the Parties to compel arbitration of any dispute arising therefrom;

IT FURTHER APPEARING to the Court that pursuant to Section Two of the Federal Arbitration Act, any doubt regarding the scope or enforceability of an arbitration clause should be resolved in favor of arbitration;

IT FURTHER APPEARING to the Court that pursuant to *Howsam v. Dean Witter Reynolds, Inc.*, 537 U.S. 79 (2002), the Parties can contract to allow the arbitrator to decide the issue of arbitrability of the claims referred to arbitration;

IT IS THEREFORE ORDERED that TD Bank, National Association Plaintiff/

Counterclaim Defendant's Motion to Compel Arbitration is GRANTED.

IT IS FURTHER ORDERED that Counterclaim Plaintiffs are required to submit their

Counterclaim to arbitration pursuant to the terms of the contract between the parties.

IT IS FURTHER ORDERED that this action is stayed pending the outcome of the

arbitration.

IT IS SO ORDERED.

DATED: 2/4/2025

_____
Judge, Loudoun County Circuit Court

**WE ASK FOR THIS:**

TD BANK, N.A.

*By Counsel*

_____
N. Patrick Lee (VSB No. 78735)
MCGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102
Ph:    (703) 712-5000
Fax:   (703) 712-5252
plee@mcguirewoods.com
*Counsel for TD Bank, N.A*


**SEEN AND OBJECTED TO on the grounds that the court applied the wrong state law to the ruling. According to the clear terms of paragraph 7 the contract between the parties (Retail Installment Sales Contract) Maryland law applies to the contract, not Virginia law. Counsel for the McFaddens pointed that out in the oral argument, but the court proceeded to announce its ruling applying Virginia law and not Maryland law.**
_____:


_____
A. Hugo Blankingship, III (VSB No. _26424_)
Blankingship & Christiano, P.C.
11862 Sunrise Valley Dr., Suite 201
Reston, VA 20191
(571) 313-0412
hugo@blankingship.com

*Counsel for Defendants / Counterclaim Plaintiffs*