

**TD Auto Finance**
Attn: Customer Resolution
PO Box 9223
Farmington Hills, MI 48333

February 7, 2024

Chauvon L McFadden
Alicia McFadden



RE:    TD Auto Finance Account ending 8887, ("Account") 2020 Mercedes Benz (GLE) ("Vehicle")

Dear Chauvon and Alicia McFadden,

I am writing today to let you know we are in receipt of the letter you sent to Klima, Peters & Daly dated January 2, 2024. In your letter, you state, among other things, that when you purchased a new vehicle from Mercedes Benz of Hunt Valley ("Dealership"), the Dealership sent a payoff check for the Vehicle (referenced above) in error to TD Bank, N.A. ("Bank"). You further indicate that the Bank received the check, closed the Account and sent a payoff letter and title to the Vehicle to you and that you were unable to make payments because the Account was closed. You allege the Bank made a mistake in closing the account prematurely before the check from the Dealership cleared and is reporting inaccurately to credit bureaus. Finally, you stated that you are prepared to reinstate the loan and return the title if the Bank clears all credit reporting.

We have thoroughly reviewed the Account history and found that we received a payoff check on July 8, 2022, from the Dealership. At that time, the checked cleared and we released the title and closed the Account. Because the Account was closed, we could no longer apply payments to the Account, and we received no other information about the payoff until the Dealership sent us a refund request in February 2023. On April 25, 2023, once we had confirmed that our lien was reinstated on the title, we sent the funds back to the Dealership and the Dealership sent the title to us.

The credit reporting was accurate based on the account status at the time we reported to the credit agencies. At this time, the Account has been charged off for nonpayment; however, once we receive payment to bring the Account current, we can reinstate the Account and backdate all payments to clear the negative credit reporting. Please contact Klima, Peters, and Daly, PA at 888-768-2280 to discuss payment options.

If you would like to discuss this matter with us by phone, please feel free to contact us at 207-346-0537, Monday through Friday 7:00 AM to 3:30 PM Eastern Time.

Sincerely,

Sherry
Problem Resolution Services

Cc: Klima, Peters & Daly, PA

Internal



EXHIBIT
A

McFadden 000445